UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,          Case No. 1:06:CR:298

v.

       HON. GORDON J. QUIST

JOSEPH JIMENEZ,

       Defendant.
_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed March 30, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Joseph Jimenez's plea of guilty to Count One of the Superseding Information is accepted. Defendant Joseph Jimenez is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Joseph Jimenez shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Tuesday, May 1, 2007**. Defendant Joseph Jimenez shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: April 13, 2007                                   /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE